# United States District Court
## Violation Notice

CVB Location Code: VA-91

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3799496 | Steger | 5697 |

3799496

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12-01-2017  8:15 am | 18 USC 13  46.2-300 |

**Place of Offense:** Gate 5 JEBLCFS West Campus

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Driving Without A Valid License.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Williams | Terrance | L |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| WUE 6245 | VA | 01 | Toyota 4Runner | ☐ | Red |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE:** 1/16/2018

**Court Address:** U.S. District Court, 600 Granby St, Norfolk, VA 23510

**Date:** 01/15/2018
**Time:** 08:30 am

X Defendant Signature: T. W[illiams]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 1st, 2017 while exercising my duties as a law enforcement officer in the Eastern District of Virginia.

While standing Gate 5 entrance at JEBLCFS West Campus, Virginia Beach, VA 23459. MA2 Steger witnessed a red in color Toyota 4Runner approach the ECP. upon arrival the driver presented MA2 Steger with a paper DD225 pass and a Virginia Identification Card. MA2 Steger asked the driver if he had a drivers license in which he responded "Yes, just not on me." The driver was identified as Terrance Williams. A driver's license check was conducted on the driver, with results coming back as Not Licensed. The driver was issued a United States District Court Violation for driving without a valid license.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/1/2017

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN DEC 18, 2017 13:55